**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DEMBO NJIE, | No. 10-71019 |
| Petitioner, | Agency No. A096-634-115 |
| v. | |
| ERIC H. HOLDER, JR., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 9, 2011[**]
Seattle, Washington

Before: McKEOWN, FISHER and GOULD, Circuit Judges.

Substantial evidence supported the IJ's adverse credibility finding because

Njie's testimony about the purported arrest warrant was internally contradictory

and contradicted the copy of the warrant submitted as evidence, and the

inconsistencies were not trivial. *See Shrestha v. Holder*, 590 F.3d 1034, 1044 (9th

---

[*]This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Cir. 2010). In the absence of credible testimony or documentary evidence, the BIA's denial of all relief was supported by substantial evidence because Njie failed to carry his burdens of proof to show a well-founded fear of persecution or likelihood of torture. Consequently, we need not reach Njie's other arguments.

**PETITION DENIED.**